UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. 3:16-CR-14 |
| | § | |
| DIMAS TERRONES MONSIVAIZ | § | |

## O R D E R

Pending before the Court is Defendant's Agreed Motion for Continuance (Dkt.30). In accordance with 18 U.S.C. § 3161, the basis for the continuance is the finding that the ends of justice served in granting such continuance outweigh the best interests of the public and the Defendant in a speedy trial.

The Court finds that, pursuant to 18 U.S.C. § 3161, a failure to grant continuance in this case would deny counsel for the Defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence and would thereby result in a miscarriage of justice for the Defendant.

The Defendant recites that there has been inadequate time to sufficiently prepare for trial. Denial of the reasonable time necessary for effective trial preparation is expressly enunciated in 18 U.S.C. § 3161 as a factor in determining that a continuance in the ends of justice would outweigh the public's interest in a speedy trial.

**IT IS HEREBY ORDERED** that the Defendant's motion for continuance is **GRANTED**. A period of excludable delay shall commence from today, July 24, 2017 pursuant to 18 U.S.C. § 3161, and October 10, 2017. It is further ORDERED that the scheduling order is amended as follows:

September 8, 2017   All MOTIONS will be filed no later than this date.

September 15, 2017   RESPONSES to motions will be filed no later than this date.

September 28, 2017   PRETRIAL CONFERENCE
11:00 a.m.

October 10, 2017   JURY TRIAL.
8:30 a.m.

SIGNED at Galveston, Texas, this 24th day of July, 2017.

_____
George C. Hanks Jr.
United States District Judge